IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBERT FULLER and TENE FULLER,<br><br>Plaintiffs,<br><br>v.<br><br>EAST WEST MOTOR FREIGHT, INC.<br><br>Defendant. | Case No. 05-1039 An<br><br>Jury Trial Demanded |

## ORDER GRANTING DEFENDANT'S
## MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM

Defendant East West Motor Freight, Inc., in the above-referenced matter has moved the Court, pursuant to Rules 13 and 15 of the Federal Rules of Civil Procedure for an order allowing Defendant to file an Amended Answer and Counterclaim for the purpose of setting forth an omitted counterclaim.

IT IS, THEREFORE, ORDERED that Defendant East West Motor Freight, Inc.'s Motion for Leave to File an Amended Answer and Counterclaim is hereby granted.

This _13th_ day of _September_, 2005.

ENTERED:

_S. Thomas Anderson_ USMJ

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _09-16-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CV-01039 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Terry Abernathy
ABERNATHY LAW FIRM
P.O. Box 441
Selmer, TN 38375

Harold F. Smith
LAW OFFICES OF HAROLD F. SMITH, JR.
1779 Kirby Pkwy.
Ste. #1-318
Memphis, TN 38138

Henry E. Seaton
SEATON & HUSK, L.P.
2240 Gallows Rd.
Vienna, VA 22182

Mary Margaret Petrinjak
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT