IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBERT FULLER and TENE FULLER, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> EAST WEST MOTOR FREIGHT, INC. <br><br> Defendant/Counter-Plaintiff. | Case No. 05-1039 An <br><br> Jury Trial Demanded |

ORDER GRANTING PLAINTIFFS/COUNTER-DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT/COUNTER-PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS

Plaintiffs/Counter-Defendants, Robert Fuller and Tene Fuller, in the above-referenced matter have move the Court, pursuant to Rules 7, 26, 33 and 36 of the Federal Rules of Civil Procedure for an order allowing Plaintiffs/Counter-Defendants an additional forty-five (45) days in which to move, plead or otherwise respond to Defendant/Counter-Plaintiff's First Set of Interrogatories, Request for Production of Documents and Request for Admissions.

IT IS, THEREFORE, ORDERED that Plaintiffs/Counter-Defendants Robert Fuller and Tene Fuller's Motion for Extension of Time to Respond to Defendant/Counter-Plaintiff's First Set of Interrogatories, Request for Production of Documents and Request for Admissions is hereby granted and Plaintiffs/Counter-Defendants shall have an additional forty-five (45) days from the entry of this Order in which to respond.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on __10-17-05__

Case 1:05-cv-01039-JDT-STA   Document 21   Filed 10/17/05   Page 2 of 3   PageID 21

Fuller v. East West Motor Freight
Case No. 05-1039 T1
Order on Plaintiffs/Counter-Defendants' Motion
for Extension of Time to Respond to Discovery
Page Two

This __14__ day of __October__, 2005,

ENTERED:

_S. Thomas Anderson_ USMJ

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:05-CV-01039 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Harold F. Smith
LAW OFFICES OF HAROLD F. SMITH, JR.
1779 Kirby Pkwy.
Ste. #1-318
Memphis, TN 38138

Henry E. Seaton
SEATON & HUSK, L.P.
2240 Gallows Rd.
Vienna, VA 22182

Mary Margaret Petrinjak
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Terry Abernathy
ABERNATHY LAW FIRM
P.O. Box 441
Selmer, TN 38375

Honorable James Todd
US DISTRICT COURT